No. 1271.  SMITH ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *John N. Crudup* for petitioners.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 1275.  MELFA *v.* DAVIS, COMMISSIONER OF PERSONNEL OF MARYLAND, ET AL.  Ct. App. Md.  Certiorari denied.  *Leonard J. Kerpelman* for petitioner.

No. 1277.  ABRAMS ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Samuel Gottlieb, Louis A. Tepper* and *O. John Rogge* for petitioners.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1279.  COLOMBO ET AL. *v.* KOOTA, DISTRICT ATTORNEY, KINGS COUNTY, ET AL.  Ct. App. N. Y.  Certiorari denied.  *Maurice Edelbaum* for petitioners.

No. 1280.  REYNOLDS *v.* COMMISSIONER OF COMMERCE AND DEVELOPMENT.  Sup. Jud. Ct. Mass.  Certiorari denied.  *John Henry Brebbia* and *Delmar W. Holloman* for petitioner.

No. 1282.  HARVEY ET AL. *v.* CHEMIE GRUNENTHAL, G.M.B.H.  C. A. 2d Cir.  Certiorari denied.  *Robert Klonsky, Morris Hirschhorn* and *Philip F. DiCostanzo* for petitioners.  *Cecilia H. Goetz* for respondent.